# INVOICE

From **Shellist Lazarz Slobin, LLP**
1900 West Loop South
Suite 1910
Houston, TX 77027

Invoice For **Kalina, Mikki**

| | |
|---|---|
| Invoice ID | **3005** |
| Issue Date | 11/08/2011 |
| Due Date | 11/08/2011 (Upon receipt) |

| Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Blackstock - 07/22/2010 - Prepare / Martin Shellist: Prepare Joint Case Discovery Management Plan. Confer with T. Slobin. | 1.50 | $350.00 | $525.00 |
| Service | Blackstock - 01/24/2011 - Prepare / Martin Shellist: Prepare for deposition of J. Blackstock. | 2.50 | $350.00 | $875.00 |
| Service | Blackstock - 01/25/2011 - Attend Deposition / Martin Shellist: Travel to and take deposition of J. Blackstock. | 4.00 | $350.00 | $1,400.00 |
| Service | Blackstock - 02/15/2011 - Review Pleading / Martin Shellist: Review Defendant's 12(b) Motion to Dismiss. Confer with T. Slobin. | 2.00 | $350.00 | $700.00 |
| Service | Blackstock - 02/16/2011 - Research / Martin Shellist: Research for response to Defendant's 12(b) Motion to Dismiss. | 2.00 | $350.00 | $700.00 |
| Service | Blackstock - 02/16/2011 - Draft Pleading / Martin Shellist: Draft response to Defendant's 12(b) Motion to Dismiss. | 3.10 | $350.00 | $1,085.00 |
| Service | Blackstock - 02/17/2011 - Draft Pleading / Martin Shellist: Finalize and review response to Defendant's 12(b) Motion to Dismiss. | 3.80 | $350.00 | $1,330.00 |
| Service | Blackstock - 02/25/2011 - Review Discovery / Martin Shellist: Review Plaintiff's Initial Disclosures. | 1.20 | $350.00 | $420.00 |
| Service | Blackstock - 04/19/2011 - Review Correspondence / Martin Shellist: Review Judge Froeschner's Report and Recommendation. | 1.50 | $350.00 | $525.00 |
| Service | Blackstock - 04/21/2011 - Review Pleading / Martin Shellist: Review Defendant's Amended Objections to Judge Froeschner's Report and Recommendation. Research legal issues. | 3.40 | $350.00 | $1,190.00 |

Exhibit "A"

| | | | | |
|---|---|---|---|---|
| Service | Blackstock - 04/27/2011 - Prepare / Martin Shellist: Prepare Plaintiff's response to Defendant's Amended Objection to Judge Froeschner's Report and Recommendation. | 3.00 | $350.00 | $1,050.00 |
| Service | Blackstock - 04/28/2011 - Prepare / Martin Shellist: Finalize Plaintiff's response to Defendant's Amended Objection to Judge Froeschner's Report and Recommendation. | 2.40 | $350.00 | $840.00 |
| Service | Blackstock - 06/17/2011 - Draft Pleading / Martin Shellist: Prepare Plaintiff's First Amended Exhibit List. Confer with T. Slobin. | 2.00 | $350.00 | $700.00 |
| Service | Blackstock - 06/20/2011 - Review Pleading / Martin Shellist: Review Defendant's Motion in Limine. | 1.50 | $350.00 | $525.00 |
| Service | Blackstock - 06/20/2011 - Review Pleading / Martin Shellist: Review Defendant's Objection to Plaintiff's First Amended Exhibit List. | 0.80 | $350.00 | $280.00 |
| Service | Blackstock - 07/01/2011 - Review Pleading / Todd Slobin: Review file and pleadings. | 3.50 | $350.00 | $1,225.00 |
| Service | Blackstock - 07/01/2011 - Prepare / Martin Shellist: Prepare for trial with T. Slobin; research various legal issues required for trial. | 1.20 | $350.00 | $420.00 |
| Service | Blackstock - 07/03/2011 - Review Discovery / Martin Shellist: Review deposition of J. Blackstock; notes for trial. | 2.00 | $350.00 | $700.00 |
| Service | Blackstock - 07/04/2011 - Review Pleading / Todd Slobin: Review file and pleadings. | 8.00 | $350.00 | $2,800.00 |
| Service | Blackstock - 07/04/2011 - Confer with Attorney (In Firm) / Martin Shellist: Confer with T. Slobin regarding trial preparation. | 1.00 | $350.00 | $350.00 |
| Service | Blackstock - 07/05/2011 - Research / Todd Slobin: Westlaw research and prepare for trial. | 5.25 | $350.00 | $1,837.50 |
| Service | Blackstock - 07/06/2011 - Review Discovery / Todd Slobin: Review Blackstock deposition transcript and prepare for trial. | 5.00 | $350.00 | $1,750.00 |
| Service | Blackstock - 07/06/2011 - Confer with Client / Martin Shellist: Confer with Clients regarding trial, preparation, schedules, etc. | 2.00 | $350.00 | $700.00 |
| Service | Blackstock - 07/07/2011 - Prepare / Martin Shellist: Prepare for trial. | 1.50 | $350.00 | $525.00 |
| Service | Blackstock - 07/08/2011 - Prepare / Todd Slobin: Confer with M.Shellist to discuss trial and prepare for trial. | 4.75 | $350.00 | $1,662.50 |

| | | | | |
|---|---|---|---|---|
| Service | Blackstock - 07/08/2011 - Prepare / Martin Shellist: Prepare for trial, review pleadings, draft trial notes. | 2.00 | $350.00 | $700.00 |
| Service | Blackstock - 07/09/2011 - Prepare / Todd Slobin: Review of trial exhibits, draft trial outline and prepare for trial. | 6.00 | $350.00 | $2,100.00 |
| Service | Blackstock - 07/09/2011 - Prepare / Martin Shellist: Prepare for trial, prepare examination of witnesses, notes, and review file and pleadings. | 3.00 | $350.00 | $1,050.00 |
| Service | Blackstock - 07/10/2011 - Prepare / Todd Slobin: Prepare trial questions, review deposition transcripts and prepare for trial. | 7.00 | $350.00 | $2,450.00 |
| Service | Blackstock - 07/10/2011 - Prepare / Martin Shellist: Prepare for trial, confer with T. Slobin, review notes and develop examination of witnesses. | 6.00 | $350.00 | $2,100.00 |
| Service | Blackstock - 07/11/2011 - Prepare / Todd Slobin: Prepare trial witnesses and prepare for trial. | 3.00 | $350.00 | $1,050.00 |
| Service | Blackstock - 07/11/2011 - Attend Trial / Todd Slobin: Attend trial. | 5.00 | $350.00 | $1,750.00 |
| Service | Blackstock - 07/11/2011 - Prepare / Martin Shellist: Prepare for trial, examination of witnesses, and review exhibits. | 3.00 | $350.00 | $1,050.00 |
| Service | Blackstock - 07/11/2011 - Attend Trial / Martin Shellist: Attend trial, voire dire, address procedural matters. | 5.00 | $350.00 | $1,750.00 |
| Service | Blackstock - 07/12/2011 - Prepare / Todd Slobin: Prepare trial witnesses and prepare for trial. | 3.00 | $350.00 | $1,050.00 |
| Service | Blackstock - 07/12/2011 - Attend Trial / Todd Slobin: Attend trial. | 8.00 | $350.00 | $2,800.00 |
| Service | Blackstock - 07/12/2011 - Attend Trial / Martin Shellist: Attend trial, examine witnesses, and review exhibits. | 8.00 | $350.00 | $2,800.00 |
| Service | Blackstock - 07/12/2011 - Prepare / Martin Shellist: Prepare for trial on 7/13/11. | 2.40 | $350.00 | $840.00 |
| Service | Blackstock - 07/13/2011 - Prepare / Todd Slobin: Prepare for closing with M. Shellist. | 3.00 | $350.00 | $1,050.00 |
| Service | Blackstock - 07/13/2011 - Attend Trial / Todd Slobin: Attend trial. | 8.00 | $350.00 | $2,800.00 |
| Service | Blackstock - 07/13/2011 - Attend Trial / Martin Shellist: Attend trial, examine witnesses, and introduce exhibits. | 8.00 | $350.00 | $2,800.00 |

| | | | | |
|---|---|---|---|---|
| Service | Blackstock - 07/13/2011 - Prepare / Martin Shellist: Prepare for trial on 7/14/11. Confer with T. Slobin and Clients. Prepare for closing argument. | 2.30 | $350.00 | $805.00 |
| Service | Blackstock - 07/14/2011 - Attend Trial / Todd Slobin: Attend trial. | 8.00 | $350.00 | $2,800.00 |
| Service | Blackstock - 07/14/2011 - Attend Trial / Martin Shellist: Attend trial, examine witnesses, defense case, etc. | 8.00 | $350.00 | $2,800.00 |
| Service | Blackstock - 07/15/2011 - Attend Trial / Todd Slobin: Attend trial. | 3.00 | $350.00 | $1,050.00 |
| Service | Blackstock - 07/15/2011 - Attend Trial / Martin Shellist: Attend trial, receive verdict. | 3.00 | $350.00 | $1,050.00 |
| Service | Blackstock - 07/26/2011 - Review Pleading / Martin Shellist: Review Defendant's Motion JNOV. Confer with T. Slobin. | 2.20 | $350.00 | $770.00 |
| Service | Blackstock - 08/02/2011 - Review Pleading / Martin Shellist: Review Defendant's JNOV. Research legal issues raised in Motion. | 4.20 | $350.00 | $1,470.00 |
| Service | Blackstock - 08/04/2011 - Prepare / Martin Shellist: Prepare response to Defendant's JNOV. | 1.80 | $350.00 | $630.00 |
| Service | Blackstock - 08/05/2011 - Prepare / Martin Shellist: Finalize response to Defendant's JNOV. | 3.70 | $350.00 | $1,295.00 |
| Service | Blackstock - 09/16/2011 - Review Correspondence / Martin Shellist: Review the Court's Memorandum and Order on J. Blackstock's Motion JNOV. Confer with T. Slobin. | 1.00 | $350.00 | $350.00 |
| Service | Blackstock - 10/14/2011 - Draft Pleading / Martin Shellist: Draft Motion to Alter or Amend Judgment. | 2.20 | $350.00 | $770.00 |
| Service | Blackstock - 10/21/2011 - Review Pleading / Martin Shellist: Review Defendant's response to Plaintiff's Motion to Alter or Amend Judgment. Confer with T. Slobin. | 1.60 | $350.00 | $560.00 |

**Amount Due**                **$66,605.00**