UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MIKKI KALINA, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-10-96 |
| | § | |
| BRAZORIA COUNTY, TEXAS, *et al*, | § § | |
| Defendants. | § § | |

## **AMENDED FINAL JUDGMENT**

Pursuant to the jury verdict and the Court Memorandum and Order, the plaintiffs shall recover from the defendant, James A. Blackstock, as follows:

| | | |
|---|---|---|
| a) | Mikki Kalina | $150,000 |
| b) | Estella "Christy" Strawn | $200,000 |
| c) | Rebecca "Becky" Sirmans | $150,000 |
| d) | Attorney's fees | $ 66,605 |

Interest on the judgment at the rate of 0.12% per annum until paid; and costs of court, in the amount of $2,215.98.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas this 15th day of February, 2012.

_____
Kenneth M. Hoyt
United States District Judge